**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01413-CV

### LAKEPOINTE PHARMACY #2, LLC, RAYMOND AMAECHI, AND VALERIE AMAECHI, Appellants

### V.

### PM FORNEY MOB, LP, PM REALTY GROUP LP, WRAM INVESTMENTS, RICHARD ALLEN, AND RICHARD SPIRES, Appellees

### On Appeal from the 422nd Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 96367-422

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c), we **ORDER** Kaufman County District Clerk Rhonda Hughey to file, no later than January 9, 2017, a supplemental clerk's record containing a copy of (1) Cross-defendant Richard Spires' August 19, 2016 traditional motion for summary judgment; (2) Defendants/Third Party Plaintiffs February 26, 2015 original counterclaims and crossclaims; (3) Third Party Defendants' May 20, 2016 motion for summary judgment; and (4) Third Party Defendants' motion and supplement to motion for summary judgment on DTPA causes of action.

/s/    CRAIG STODDART
        JUSTICE